IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTABEL ANTWI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 124-208 |
| | * | |
| UNITED STATES CITIZENSHIP AND | * | |
| IMMIGRATION SERVICES, et al., | * | |
| | * | |
| Defendants. | * | |

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 9.) This notice was filed prior to the Defendant serving an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of December, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA